UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:10-CR-238-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER CONNELLY, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Funds for Expert Investigative Services. Pursuant to 18 United States Code, Section 3006(e)(1), counsel may request funds for services other than counsel, including investigation funds, in an ex parte application. The statute further provides that a district court may approve funds of this nature in an amount not exceeding $2,400.00, exclusive of reimbursement for expenses. 18 U.S.C. § 3006(e)(3).

This court finds that the investigative services detailed by defendant are necessary and that defendant is financially unable to obtain them. Accordingly, defendant's Motion for Funds for Expert Investigative Services is ALLOWED, up to and including $2,400.00, exclusive of reimbursement for expenses reasonably incurred, for the services of a private investigator. 18 U.S.C. § 3006A.          SO ORDERED.

This 20th day of September, 2010.

JAMES C. FOX
Senior United States District Judge