UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-238-1-F
No. 5:10-CR-238-2-F
No. 5:10-CR-238-3-F
No. 5:10-CR-238-5-F
No. 5:10-CR-238-6-F
No. 5:10-CR-238-7-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER MICHAEL CONNELLY | ) | |
| CLIFTON RAY PLEASANT | ) | |
| JOHN TAYLOR TYER | ) | |
| MICHAEL BRADLEY GLOVER | ) | |
| BRANDON GREENWOOD | ) | |
| JACOB SCOTT TYER, | ) | |
| Defendants | ) | |

This matter is before the court on motions filed by defendants, Michael Bradley Glover [DE-95], Brandon Greenwood [DE-97], Christopher Michael Connelly [DE-98], Clifton Ray Pleasant [DE-100] and Jacob Scott Tyer [DE-101] to continue their arraignments and trial. Because these defendants, together with co-defendant John Taylor Tyer, are joined in a single indictment and no severance has been requested or allowed, *this order shall apply to all of the above-named defendants.* 18 U.S.C. § 3161(h).

For good cause shown and for the reasons stated therein, the above-referenced Motions to Continue are ALLOWED. *This order applies to all of the above-named defendants.* The Clerk of Court is DIRECTED to reschedule and notice these arraignments and trial for the court's **December 6, 2010,** term of court in Wilmington, North Carolina.

The court concludes that the interests of justice are best served by the continuance of these matters, and that the interests of justice and the of public outweigh the

defendants' interest in a speedy trial. Therefore, the delay occasioned by this continuance shall be excluded in computing the defendants' speedy trial time. *Id.*

It further is ORDERED that the scheduling order applicable to all the above-named defendants is AMENDED to extend the deadline for filing pre-trial motions through & including **October 19, 2010**, with responses thereto due as provided in the Local Rules - Criminal (E.D.N.C.).

SO ORDERED.

This, the 24th day of September, 2010.

*James C Fox*

JAMES C. FOX
Senior United States District Judge