UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket Nos. 5:10-CR-238-1F
5:10-CR-238-2F
5:10-CR-238-3F
5:10-CR-238-5F
5:10-CR-238-6F
5:10-CR-238-7F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER MICHAEL CONNELLY | ) | |
| CLIFTON RAY PLEASANT | ) | |
| JOHN TAYLOR TYER | ) | |
| MICHAEL BRADLEY GLOVER | ) | |
| BRANDON GREENWOOD | ) | |
| JACOB SCOTT TYER | ) | |
| Defendants. | | |

These matters are before the court on the U.S. Probation Officer's motion to continue the sentencing in the above cases, presently scheduled for Monday, March 21, 2011. The cases are hereby CONTINUED to May 9, 2011 term of court in Wilmington, North Carolina.

This, the 14th day of March, 2011.

James C. Fox
Senior United States District Judge