UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket Nos. 5:10-CR-238-1F
5:10-CR-238-2F
5:10-CR-238-3F
5:10-CR-238-5F
5:10-CR-238-6F
5:10-CR-238-7F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER MICHAEL CONNELLY | ) | |
| CLIFTON RAY PLEASANT | ) | |
| JOHN TAYLOR TYER | ) | |
| MICHAEL BRADLEY GLOVER | ) | |
| BRANDON GREENWOOD | ) | |
| JACOB SCOTT TYER | ) | |
| Defendants | | |

These matters are before the court on the U.S. Probation Officer's motion to continue the sentencing in the above cases, presently scheduled for Wednesday, May 11, 2011, in Wilmington. The cases are hereby CONTINUED to the July 5, 2011, term in Wilmington, North Carolina.

This 27th day of April 2011.

James C. Fox
Senior U.S. District Judge