UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Michael Connelly**          **Docket No. 5:10-CR-238-1D**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Michael Connelly, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Manufacture, Distribute, Dispense, and Possess With Intent to Distribute More Than 500 Grams of a Mixture and a Substance Containing a Detectable Amount of Methamphetamine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 8, 2011, to the custody of the Bureau of Prisons for a term of 183 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On October 27, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant received a reduction of imprisonment from 183 months to 147 months.

Christopher Michael Connelly was released from custody on December 10, 2019, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of supervision, the court ordered that 60 days after the defendant's release from prison he is to begin making payments in the amount of $50 per month. When the defendant was first released, there were unforeseen circumstances relating to the defendant's residence and his father's health that required some financial attention. Because of this, he has been unable to make the $50 per month payment set out by the court, and is $350 in arrears.

In discussing this matter, the defendant has stated that his financial situation has improved and agreed that he can now make payments in the amount of $30 a month.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make monthly payments in the amount of $30 until the criminal monetary penalties have been paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

Christopher Michael Connelly
Docket No. 5:10-CR-238-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: August 18, 2020

## ORDER OF THE COURT

Considered and ordered this  21  day of  August , 2020, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge